1

BENJAMIN T. HALBIG (SBN 321523)
**ARNOLD & PORTER KAYE SCHOLER LLP**

2

Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

3

Telephone:    415.471.3100
Facsimile:    415.471.3400

4

Email: Ben.Halbig@arnoldporter.com

5

AARON F. MINER (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**

6

250 West 55th Street
New York, NY 10019-9710

7

Telephone:    212.836.8000
Facsimile:    212.836.8689

8

Email:  Aaron.Miner@arnoldporter.com

9

Attorneys for Defendants
JEREMY STOPPELMAN, LANNY BAKER, and

10

JED NACHMAN and Nominal Defendant YELP INC.

11

12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14

**SAN FRANCISCO DIVISION**

15

16

NICHOLAS R. INGRAO, Derivatively on
Behalf of YELP INC.,

Case No. 3:20-cv-02753-EMC

17

Plaintiff,

**CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS PURSUANT
TO FED R. CIV. P. 7.1 AND CIV. L.R. 3-
15 BY DEFENDANTS JEREMY
STOPPELMAN, LANNY BAKER, JED
NACHMAN AND NOMINAL
DEFENDANT YELP INC.**

18

19

vs.

20

JEREMY STOPPELMAN, CHARLES
"LANNY" BAKER, and JOSEPH "JED"
NACHMAN,

21

22

Defendants.

23

– and –

24

YELP INC., a Delaware corporation,

25

Nominal Defendant.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 7.1(a), Nominal Defendant Yelp Inc. ("Yelp") through the undersigned certifies that it has no parent company and no public company owns more than 10% of Yelp.

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Nominal Defendant Yelp and Defendants Jeremy Stoppelman, Charles "Lanny" Baker, and Joseph "Jed" Nachman (collectively, "Defendants") that as of this date, other than the named parties, there is no such interest to report.

Should there be any change in the information provided, Yelp and Defendants will update and revise this statement accordingly.

DATED:  June 25, 2020

**ARNOLD & PORTER KAYE SCHOLER LLP**
AARON F. MINER
BENJAMIN T. HALBIG

By:   _____/s/ *Aaron F. Miner*_____
AARON F. MINER

*Attorneys for Defendants*
JEREMY STOPPELMAN, LANNY
BAKER, and JED NACHMAN
and *Nominal Defendant* YELP INC.

1