UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS R. INGRAO,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY STOPPELMAN, et al.,<br><br>Defendants. | Case No. 20-cv-02753-EMC<br><br>**JUDGMENT** |

Plaintiff, having moved for final approval of the Settlement set forth in the Stipulation of Settlement, dated January 28, 2022, and the matter having come before the Honorable Edward M. Chen, United States District Judge, and the Court, on August 26, 2022, having issued its Order Approving Settlement and Order of Dismissal with Prejudice, and having directed the Clerk of the Court to enter judgment, it is

ORDERED, ADJUDGED, AND DECREED:

1. This Judgment incorporates by reference the Court's Order Approving Settlement and Order of Dismissal with Prejudice dated August 26, 2022; and

2. That for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Settlement and Order of Dismissal with Prejudice dated August 26, 2022, Plaintiff's Motion for Final Approval of Settlement is granted; accordingly, this case is closed.

**IT IS SO ORDERED**.

Dated: August 26, 2022

_____
EDWARD M. CHEN
United States District Judge